**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| ZERRIUS K. BOYD, | : | No. 54 WM 2023 |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| WARDEN MARK BISHOP, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of January, 2024, the Application for Leave to File Original Process is GRANTED, and the Petition for "Writ of Prohibition" is DENIED.

    Justice McCaffery did not participate in the consideration or decision of this matter.